Sydney Stein, appellee, v. Harry Steiner, appellant. Gen. No. 38,868.

Opinion filed March 30, 1937. Rehearing denied April 13, 1937.

Hirsch E. Soble, for appellant. Mayer, Meyer, Austrian & Platt, for appellee; David F. Rosenthal and Frank D. Mayer, of counsel.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.